UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 19 2023
CLERK, U.S. DISTRICT COURT
By ___ 10:30 am

UNITED STATES OF AMERICA,

    Plaintiff,

-v-                        Case No: 1:17-CR-00038-C(01)

JESSE GUZMAN III,

    Defendant (Pro-Se).

---

## MOTION FOR CLARIFICATION

---

    COMES NOW, Jesse Guzman III, the Defendant Pro-Se respectfully files this Motion for Clarification regarding " prior jail " credit in regards to Case No: 1:17-CR-00038-C(01).

    IN SUPPORT THE DEFENDANT SATES AS FOLLOWS:

    The Defendant Guzman was sentenced by this Honorable Court on December 15, 2017 in violation of 18 U.S.C. 922(g), 922(g)(1) and 924(A)(2) Felon in Possession of a Firearm and Ammunition, and this Honorable Court imposed a sentence of 51-months, with 3-years term of supervision. (Date of actual commitment) It should be noted for clarification purposes, date of offense was March 21, 2017.

    The Defendant further states, that the Defendant was sentence on a prior unrelated State conviction In Taylor County, Texas for Possession of a Controlled Substance, Case No: 20911B,(03/17/2017 to 11/20/2018) and also in Haskell County, Texas for Unlawful Possession of a Weapon by Felon, Case No: 6801,(11/29/2018 to 02/01/2019).

    The Defendant believes that he should of received 294-days credit for the Taylor County case, and should of received 300-days credit for the Haskell, County case premised that he was under Federal custody Case No: 17-cr-00038-C while being moved from county to county, thus a total of 594-days credit towards his Federal case. (See, Sentencing Computation form submitted)

WHEREFORE the Defendant is requesting some clarification regarding the issues outline in this Motion for Clarification.

Respectfully submitted on this **15** day of May, 2023

Mr. Jesse Guzman III, # 55811-177
FCI Greenville
P.O. Box 5000
Greenville, Illinois 62246
PRO SE REPRESENTATION

## CERTIFICATE OF SERVICE

I HERBY STATE, that I Jesse Guzman III, place a true and correct copy of this instrument with First Class Pre-Paid Postage in the Legal Mail System at FCI Greenville and mail a true copy to this Honorable Court, and the Assistant United States Attorney on this **15** day of May, 2023.



Jessie Guzman #55811177
FCI Greenville
P.O. Box 5000
Greenville, IL -62246-

United States Post Office and Courthouse #
341 Pine Street, Room 2008
Abilene, TX. -79601-

RECEIVED
MAY 19 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS